JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC CORTEZ-FELIX,<br><br>            Petitioner,<br><br>     v.<br><br>J. ENGLMAN,<br><br>            Respondent. | Case No. 2:22-cv-05064-CAS-MAR<br><br>JUDGMENT |

Pursuant to the Memorandum and Order Dismissing The Action,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: January 12, 2023

*Christina A. Snyder*
_____
HONORABLE CHRISTINA A. SNYDER
United States District Judge